United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
William J. Doyle
Teresa A. Doyle
    Debtors

Case No. 10-11483-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Mar 28, 2017
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2017.
db/jdb       +William J. Doyle,    Teresa A. Doyle,    10941 Waldemire Drive,    Philadelphia, PA 19154-4231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2017                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2017 at the address(es) listed below:
       FRANCES M. ODZA    on behalf of Joint Debtor Teresa A. Doyle fmolaw@comcast.net
       FRANCES M. ODZA    on behalf of Debtor William J. Doyle fmolaw@comcast.net
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Trustee for the
       Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
       LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association, Trustee for the
       Pennsylvania Housing Finance Agency lhaller@pkh.com,    dmaurer@pkh.com
       LESLIE E. PUIDA    on behalf of Creditor    U.S. Bank National Association, Trustee for the
       Pennsylvania Housing Finance Agency lpuidaesq@gmail.com
       THOMAS R. WASKOM    on behalf of Creditor    RBS CITIZENS N.A. kbell@hunton.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
       philaecf@gmail.com
       WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                  TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| William J. Doyle | : | Bankruptcy No. 10-11483 |
| Teresa A. Doyle | : | |
| | : | |
| Debtor | : | |

**O R D E R**

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim filed by **RBS Citizens**;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS to Claim Number 1-1 on the Claims Register forthwith**.

3. **RBS Citizens** shall file redacted copies of the documents(s) identified in Paragraph 2 above within 14 days from the date of the entry of this Order.

Dated:   3/28/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**